```
            IN THE UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF GEORGIA
                     ATHENS DIVISION
```

RUSSELL GAITHER,                    *

       Plaintiff,               *

vs.                                 *
                                          CASE NO. 3:09-CV-127 (CDL)
JOE CHAPMAN, Sheriff, Walton       *
County, Georgia, et al.,
                                   *

       Defendants.
                                     *

## ORDER ON RECOMMENDATION BY UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on September 1, 2011, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

The Court adds that its ruling in this case should not be interpreted to mean that it finds that "tasering" can never cause physical injury. However, under the record in this case, no such evidence of physical injury exists. Accordingly, summary judgment is appropriate. The Court further observes that even if Plaintiff did suffer a physical injury, insufficient evidence exists to create a jury question as to whether Defendants' use of the taser amounted to excessive force under the circumstances of this case. *See Draper v. Reynolds,* 369 F.3d 1270, 1277-78 (11th Cir. 2004).

```
     IT IS SO ORDERED, this 23rd day of September, 2011.



                                   s/Clay D. Land
                                   CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE
```