IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **RUSSELL GAITHER,** | : | |
| **Plaintiff,** | : | |
| | : | NO. 3:09-CV-127 (CDL) |
| VS. | : | |
| | : | |
| **JOE CHAPMAN,** *et al.*, | : | |
| | : | Proceedings Under 42 U.S.C. §1983 |
| **Defendant.** | : | Before the U.S. Magistrate Judge |
| _____ | : | |

## RECOMMENDATION

Before the Court is a letter from Plaintiff Russell Gaither, which the Court has construed as a motion for relief from judgment pursuant to Rule 60(b) of the FEDERAL RULES OF CIVIL PROCEDURE. Doc. 53. Rule 60(b) provides that a judgment may be set aside for "(1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence…; (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged…; or (6) any other reason justifying relief from the operation of the judgment." FED. R. CIV. P. 60(b). In his letter, Plaintiff has failed to state any valid basis for setting aside this Court's judgment and merely reasserts his arguments made his response to Defendant's motion for summary judgment and his motion for reconsideration of the Court's order to grant summary judgment in favor of Defendants. Accordingly, it is hereby **RECOMMENDED** that Plaintiff's motion for relief from judgment be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this **RECOMMENDATION** with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this 28th day of February, 2013.

                                                 s/ Charles H. Weigle
                                                 Charles H. Weigle
                                                 United States Magistrate Judge