```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

RUSSELL GAITHER,

      Plaintiff,               *

vs.                                *
                                      CASE NO. 3:09-CV-127 (CDL)
JOE CHAPMAN, et al.        *

      Respondent.            *

## ORDER ON RECOMMENDATION

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 28, 2013, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 22nd day of March, 2013.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE