```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION

RUSSELL GAITHER,

        Plaintiff,                *

vs.                               *
                                        CASE NO. 3:09-CV-127 (CDL)
JOE CHAPMAN, et al.               *

        Respondent.               *
```

<u>ORDER ON RECOMMENDATION</u>

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on February 28, 2013, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 22nd day of March, 2013.

```
                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE
```